# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **NANCY ELDRIDGE COLLINS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09CV00014 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) | By: James P. Jones<br>Chief United States District Judge |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed March 11, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: March 30, 2010

/s/ JAMES P. JONES
Chief United States District Judge